UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Kevan Seales,

                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20  -CR- 359  (PAE   ) (   )

Defendant KEVAN SEALES hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

X    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


s/Kevan Seales by
KNF,USMJ_____
_____ Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
_____
Kevan Seales
Print Defendant's Name

/s/ Martin Cohen_____
Defendant's Counsel's Signature


Martin Cohen_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

August 3, 2020

_Kevin Nathaniel Fox_
_____
U.S. Magistrate Judge

_____
Date