UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                   :

UNITED STATES OF AMERICA,             :
                                                   :

           -v-                   :           20-CR-359 (PAE)
                                                   :

KEVAN SEALES,                      :        <u>SCHEDULING ORDER</u>
                                                     :

                  Defendant.      :
                                                   :

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **August 19, 2020** at **12:00**

**p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of

COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the

conference, the parties should call 888-363-4749 and use access code 468-4906.


      SO ORDERED.


Dated: August 13, 2020
       New York, New York

                                        PAUL A. ENGELMAYER
                                        United States District Judge