UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

    UNITED STATES OF AMERICA,

                   -against-

Kevan Seales,

                           Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

  **20  -CR- 359  (PAE   ) ( )**

Defendant KEVAN SEALES hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

\_\_\_    Initial Appearance Before a Judicial Officer

       Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Bail/Detention Hearing

_X\_\_    Conference Before a Judicial Officer


_Martin Cohen_

Digitally signed by Martin Cohen
DN: cn=Martin Cohen, o=Federal Defenders of NY, ou=Assistant Federal Defender, email=martin_cohen@fd.org, c=US
Date: 2020.08.03 09:12:12 -04'00'

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

Kevan Seales
Print Defendant's Name

Martin Cohen
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

    8/19/2020
Date

_Paul A. Engelmayer_
U.S. District Judge