UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
              -v-                                                  :         20-CR-359 (PAE)
                                                                   :
KEVAN SEALES,                                                      :         SCHEDULING ORDER
                                                                   :
                                   Defendant.                      :
                                                                   :
-------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court schedules a telephonic conference in this case for **October 23, 2020** at **12:00**

**p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of

COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the

conference, the parties should call 888-363-4749 and use access code 468-4906.


        SO ORDERED.


Dated: October 15, 2020
       New York, New York                        _____
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge