**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 24, 2020

*By e-mail and ECF*

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Kevan Seales*, 20 Cr. 359 (PAE)

Dear Judge Engelmayer:

I write on consent (Assistant U.S. Attorney David Robles) to respectfully request that the Court adjourn the conference currently scheduled for December 7, 2020 for a period of around 30 days. The parties are actively discussing a disposition in this matter.

We consent to the exclusion of time under the Speedy Trial Act until the next conference date.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   David Robles, Esq., by e-mail
      Mr. Kevan Seales, MCC Register Number 88056-054

**GRANTED.** The conference is adjourned to January 6, 2021 at 10:30 a.m.
For the reasons stated above, time is excluded, pursuant 18 U.S.C. 3161(h)(7)(A), until January 6, 2021.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge