UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
                                                                       :
                -v-                                                    :        20-CR-359 (PAE)
                                                                       :
KEVAN SEALES,                                                          :        SCHEDULING ORDER
                                                                       :
                        Defendant.                                     :
                                                                       :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **January 4, 2021** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 29, 2020
       New York, New York